UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNY PARTEE, | ) |
|       Plaintiff, | ) Case No. |
| v. | ) Judge |
| | ) Magistrate Judge |
| JOHN DOE 1-3, | ) |
|       Defendants. | ) JURY DEMAND |

## COMPLAINT AT LAW

**NOW COMES** the Plaintiff, KENNY PARTEE, by and through his attorneys Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, JOHN DOE 1-3, individually as follows:

## COUNT I - FALSE ARREST

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, KENNY PARTEE, accomplished by acts and/or omissions of the Defendants, JOHN DOE 1-3, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, KENNY PARTEE, was at all relevant times, a United States citizen and a resident of the State of Illinois.

4. At all relevant times, the Defendants, JOHN DOE 1-3, were duly appointed Chicago Police Officers acting within their scope of employment and under color of law.

5. On or about August 27, 2018, the Plaintiff, KENNY PARTEE was driving in the vicinity of Chicago Avenue and St. Louis Avenue in Chicago, Illinois.

6. The Defendants pulled up him over, detained him and started to question the Plaintiff.

7. The Plaintiff was not committing a crime or breaking any laws.

8. The Defendants took him out of his car and handcuffed him.

9. After the Defendants handcuffed the Plaintiff, they searched his car.

10. The Defendants then told the Plaintiff they had a deal for him; get them a gun within (2) hours or he would be in trouble.

11. The Plaintiff was not in possession of a gun.

12. The Defendants then released the Plaintiff after approximately (45) minutes.

13. After a couple hours, one or more of the Defendants started calling the Plaintiff demanding him to get them a gun.

14. At all relevant times, the Defendants, JOHN DOE 1-3, were acting pursuant to the customs and policies of the Chicago Police Department.

15. The actions of the Defendants, JOHN DOE 1-3, were intentional, willful and with malice.

16. Said actions of the Defendants, JOHN DOE 1-3, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17. As a direct and proximate consequence of said conduct of the Defendants, JOHN DOE 1-3, the Plaintiff, KENNY PARTEE, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, KENNY PARTEE, prays for judgment in his favor and against the Defendants, JOHN DOE 1-3, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT II – UNLAWFUL SEARCH

1-15. The Plaintiff, KENNY PARTEE, hereby realleges and incorporates his allegations in paragraphs 1-15 of Count I as his respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

16. The Defendants did not have a warrant or exigent circumstances to go into private property and search the Plaintiff's vehicle.

17. The actions of the Defendants constitute an unlawful/illegal search.

18. At all relevant times, the Defendants were acting pursuant to the customs, practices and policies of the Chicago Police Department.

19. The actions of the Defendants were intentional, willful and wanton.

20. Said actions of the Defendants, JOHN DOE 1-3, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

21. As a direct and proximate consequence of said conduct of the Defendants, JOHN DOE 1-3, the Plaintiff, KENNY PARTEE, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, KENNY PARTEE, prays for judgment in his favor and against the JOHN DOE 1-3, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## **JURY DEMAND**

The Plaintiffs, KENNY PARTEE hereby requests a trial by jury.

                                                Respectfully submitted

                                                /s/ Gregory E. Kulis

Gregory E. Kulis #6180966
**Gregory E. Kulis & Associates, Ltd.**
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830